**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **DATE FILED:** |
| **JOSEPH MOORE** | : | **VIOLATION:**<br>**18 U.S.C. § 1030(a)(6)(A), (c)(2)(A)**<br>**(trafficking in passwords)** |

**<u>MISDEMEANOR INFORMATION</u>**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about March 6, 2021, within the Eastern District of Pennsylvania and elsewhere, defendant

**JOSEPH MOORE**

knowingly and with intent to defraud trafficked in a password and similar information through which a computer may be accessed without authorization, and such trafficking affected interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1030(a)(6)(A), (c)(2)(A).

**NOTICE OF FORFEITURE**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 1030(a)(6)(A), (c)(2)(A), as set forth in this information, defendant

**JOSEPH MOORE**

shall forfeit to the United States of America:

(a) any property that constitutes, or is derived from, proceeds obtained directly or indirectly as a result of such violation, including, but not limited to, the sum of $3,500, and

(b) any personal property that was used or intended to be used to commit or to facilitate the commission of such violation.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 982(b) and 1030(i)(2), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 982(a)(2) and 1030(i).

Christine & Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH MOORE

MISDEMEANOR INFORMATION

**Counts**

18 U.S.C. § 1030(a)(6)(A), (c)(2)(A) (misdemeanor trafficking in passwords)

A true bill.

______________________________
Foreperson

Filed in open court this ____________________day,
Of ______________A.D. 20_______

______________________________
Foreperson

Bail, $__________